

**Ron Powell, Architect**
1550 Wall Street Suite 222
Saint Charles, MO 63303
Ron@RWPowell.com
www.RWPowell.com
(314) 401-3739



# 7455 W Florissant Ave Mally Laundromat
## Meeting Notes from City Inspection Conducted by Mayor McKinney and Alderman Frazer on January 3, 2017 beginning at 10:00 am

January 17, 2017

City of Country Club Hills
7422 Eunice Ave
Country Club Hills, MO
63136-1198

**Below are items the City of Country Club Hills are Requiring for the Business License:**

1. The City is requiring Mally Laundromat to offer Drop-off Dry Cleaning and Laundry service. The person washing clothes may work when not open to the public (doors locked).

2. Don Fraser provided a copy of the city ordnance pertaining to Handicap Parking. Below details the required van accessible parking space for wheelchair access and ramp.



3. All parking blocks are to be lined-up and secured in place.



PLAINTIFF'S EXHIBIT B

4. Front and sides of building brick are to be cleaned by power washing and/or acid washed.

5. Security system with video cameras shall be installed. The cameras are to cover the interior and exterior, including the parking lot. Recorded for at least one week.

6. Drop-off Dry Cleaning and Laundry service sign will be installed in the existing sign box currently covered with OSB.

7. All broken asphalt shall be repaired.

8. Public space Interior walls and trim painting work is to be completed. Box around exposed PVC pipe. Interior and exterior is to be cleaned. Weeds are to be removed. In back, remove vegetation five feet from exterior wall.

9. When weather permits, all exterior areas of building are to be covered with EIFS to match new gasoline station where not brick.

10. Concrete sidewalk is to be remove up to the control joint and place the ADA concrete ramp shown on item 2. Cracks in concrete shall be cleaned and gray concrete crack filler placed smooth (flush with sidewalk concrete).

11. Wifi shall be provided for customer use.

12. New cell phone sales are to be available.

13. Electronics products are to be available for purchase.

14. There are open spaces at back of all washing machines that must be closed-off with a finished material. The is an opening on the side of the washing machines on the back wall that also must be closed-off with a finished material.

15. Smooth rough ends of horizontal bars on windows (near change machine).

16. Coordinate with dry cleaning company for clothes racking in back room.

17. ADA concrete ramp shall be placed as shown on item 2.

18. Put lock on electrical panel in public area and put labeled key in office.

19. It's optional, but encouraged to place a steel bar down the center of air intake louvers.

20. The roof has been leaking onto dryers in the past, the leaks may have been repaired when the dryer vents through the roof were redone, roof leaking shall be monitored and repaired if still leaking.

21. Repair front doors, including weather stripping.

20. Laundromat will sell clothes washing products and household and electronics products.

21. Laundromat paying customers can take advantage free Wi-Fi. We will sell and service mobile devices.

**Business Income and City Revenue** will be lost if business hours are not 24 hours. Customers needing to wash clothes at all hours will simply drive to Jennings and Ferguson.

Mallly Laundromat needs all the income it can get to become profitable. Mr Mohammad as made a huge investment in Country Club Hills. Please honor his commitment by allowing him to serve the community 24 hours a day.

Sincerely,

*Ronald W. Powell*
Ronald W. Powell