BILL NO. <u>830</u>                                    ORDINANCE NO. <u>827</u>

AN ORDINANCE OF THE CITY OF COUNTRY CLUB HILLS, MISSOURI, AMENDING SECTION _____ OF THE CITY CODE REGARDING TIMES OF OPERATION FOR BUSINESSES

BE IT ORDAINED BY THE BOARD OF ALDERMEN OF THE CITY OF COUNTRY CLUB HILLS, MISSOURI AS FOLLOWS:

<u>Section 1</u>. Section _____ of the Country Club Hills Municipal Code, is hereby amended to read as follows:

# SECTION _____: HOURS FOR BUSINESS OPERATION

<u>Section 1</u>.   A.   It shall be unlawful for any person to operate a place of business within the City of Country Club Hills between the hours of 10:00 p.m. and 6:00 a.m. of the succeeding day, except for the three weeks before December 25 of each year, when businesses may stay open until 12 midnight.

<u>Section 2</u>.   All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

<u>Section 3</u>.   This ordinance shall be in full force and effect from and after the date of passage and approval as provided by law.

**PASSED BY THE BOARD OF ALDERMEN FOR THE CITY OF COUNTRY CLUB HILLS THIS <u>11th</u>, DAY OF <u>January</u> 2017.**

_____
BENDER MCKINNEY, JR., MAYOR

Attest:

_____
Rowena Hollins, City Clerk

**APPROVED AS TO FORM:**

_____
Kenneth J. Heinz, City Attorney

<u>Final Roll Call:</u>
| | | | | |
|---|---|---|---|---|
| Alderman Coonce: | Ayes ___ | Nay ___ | Abstain ___ | Absent ___ |
| Alderman Fraser: | Ayes ___ | Nay ___ | Abstain ___ | Absent ___ |
| Alderwoman Jones: | Ayes ___ | Nay ___ | Abstain ___ | Absent ___ |
| Alderwoman Thompson: | Ayes ___ | Nay ___ | Abstain ___ | Absent ___ |
| Mayor McKinney Jr: | Ayes ___ | Nay ___ | Abstain ___ | Absent ___ |



PLAINTIFF'S EXHIBIT C