IN THE UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| RUBA, LLC and MOHAMMED ALMUTTAN | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CITY OF COUNTRY CLUB HILLS | ) | Cause No. 4:17-cv-00590 AGF |
| and | ) ) | |
| BENDER MCKINNEY in his official capacity as Mayor, DOUGLAS COONCE, in his official capacity as Alderman, DONALD FRASER, in his official capacity as Alderman, TIAWANA THOMPSON, in her official capacity as Alderwoman, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## DESIGNATION OF DEPOSITIONS

Ruba, LLC and its sole member, Mohammed Almuttan, ("Plaintiffs") designate the

following deposition transcripts in their entirety:

Defendant Bender McKinney

Defendant Douglas Coonce

Defendant Donald Fraser

City Clerk, Rowena Hollins (as the official City Clerk of Defendant Country Club Hills)

Police Chief Daniel Boyer (as the Chief of Police of Defendant Country Club Hills)

Tiluwana Wells (as an unavailable witness under Fed.R.Civ.P 32(a)(4) – unavailable due

to illness).

1

**WITZEL KANZLER & DIMMITT, LLC**

By: /s/ Jay L. Kanzler Jr.
     Jay L. Kanzler Jr., #41298 (Mo.)
     Coren Brown #62767 (Mo.)
     2001 S. Big Bend Blvd.
     St. Louis, MO 63117
     314-645-5367
     314-645-5387(fax)
     jaykanzler@wkllc.com

     Attorneys for Plaintiffs

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this pleading was served upon counsel of record using the Court's electronic filing system this 24th day of April, 2017.


            /s/ Jay L. Kanzler Jr.